MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Federal Defendant

**IT IS SO ORDERED**
Judge Edward J. Davila
7/27/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHANIEL HOSEA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. DONLEY, Secretary of the Department of the Air Force, <br><br> Defendant | No. C 11-02892 EJD <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

    Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate that the defendant shall have an extension of time to August 24, 2011 to answer, move, or otherwise respond to the first amended complaint.

    IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 17, 2011

_____
NATHANIEL HOSEA
Plaintiff

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. C11-02892 EJD

| | |
|---|---|
| DATED: July 21, 2011 | MELINDA HAAG<br>United States Attorney<br><br>*/s/ Claire T. Cormier*<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. C11-02892 EJD                              1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV11-02892 EJD

NATHANIEL HOSEA

**CERTIFICATE OF SERVICE**

        Plaintiff,

v.

MICHAEL B. DONELY

        Defendant.

        _____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Hosea
4219 3rd Avenue
San Diego, CA 92103

Dated: July 27, 2011

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk