UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHANIEL HOSEA, | Case No. 5:11-cv-02892 EJD |
| Plaintiff(s), | **CASE MANAGEMENT ORDER** |
| v. | |
| MICHAEL B. DONLEY, Secretary of the United States Air Force, | |
| Defendant(s). | |

On September 16, 2011, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Case Management Statements and the discussions held at the conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is **November 15, 2011.**

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties are referred to Magistrate Judge Paul S. Grewal

1

Case No. 5:11-cv-02892 EJD
CASE MANAGEMENT ORDER (EJDLC1)

for a settlement conference to be completed by **December 1, 2011**.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | February 29, 2012 |
| Designation of Opening Experts with Reports | January 7, 2012 |
| Designation of Rebuttal Experts with Reports | February 3, 2012 |
| Expert Discovery Cutoff | February 29, 2012 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | March 14, 2012 |
| Interim Case Management Conference | 10:00 a.m. on January 6, 2012 |
| Joint Interim Case Management Conference Statement | December 30, 2011 |

**IT IS SO ORDERED.**

Dated:  September 16, 2011


EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.