United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NATHANIEL S. HOSEA,

Plaintiff,

v.

MICHAEL B. DONLEY, SECRETARY OF THE UNITED STATES AIR FORCE,

Defendant.

Case No.: C 11-02892 PSG

**ORDER DENYING PLAINTIFF NATHANIEL S. HOSEA'S MOTION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**

Plaintiff Nathaniel Hosea ("Hosea") moves to appear telephonically at a settlement conference scheduled to be held on November 30, 2011. He currently resides in San Diego and states that he lacks the financial resources necessary to appear personally at a settlement conference in this district.

Aside from noting that Hosea is the plaintiff and elected to bring the action here, the court notes that at the case management conference held on September 16, 2011, Judge Davila ordered Hosea to appear personally at the settlement conference. He expressly denied Hosea's request to appear telephonically at the settlement conference.

United States District Court
For the Northern District of California

Hosea's motion to appear telephonically at the settlement conference therefore is DENIED.

**IT IS SO ORDERED.**

Dated: November 2, 2011

PAUL S. GREWAL
United States Magistrate Judge

Case No. 11-02892 EJD (PSG)
ORDER DENYING MOTION TO APPEAR TELEPHONICALLY 2

**United States District Court**
For the Northern District of California

copies mailed on 11/2/2011 to:

Nathaniel Hosea
4219 3rd Avenue
San Diego, CA 92103

__________EHP__________________
Chambers of U.S. Magistrate Judge
Paul S. Grewal

Case No. 11-02892 EJD (PSG)
ORDER DENYING MOTION TO APPEAR TELEPHONICALLY 3