IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHANIEL HOSEA,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>MICHAEL B. DONLEY, SECRETARY OF THE UNITED STATES AIR FORCE,<br><br>　　　　　　Defendant(s).<br>———————————————————/ | CASE NO. 5:11-cv-02892 EJD<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE PAUL S. GREWAL**<br><br>[Docket Item No. 84] |

The court has reviewed the document entitled "Order and Default Judgment" (Docket Item No. 84) filed by Plaintiff on March 7, 2012, and has construed same as a request for sanctions for Defendant's alleged failure to comply with an Order issued by Magistrate Judge Paul S. Grewal on February 10, 2012. See Docket Item No. 82. Accordingly, the court refers this matter to Magistrate Judge Grewal.

**IT IS SO ORDERED.**

Dated: March 8, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge