UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHANIEL HOSEA, | Case No. 5:11-cv-02892 EJD |
| Plaintiff(s), | **PRETRIAL ORDER**<br>**(JURY TRIAL)** |
| v. | |
| MICHAEL B. DONLEY, Secretary of the Department of the Air Force, | |
| Defendant(s). | |

The above-entitled action is scheduled for a Preliminary Pretrial Conference on July 13, 2012. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 106), the court has determined an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Amended Fact Discovery Cutoff | 9/30/12 |
| Amended Designation of Opening Experts with Reports | 10/15/12 |
| Amended Designation of Rebuttal Experts with Reports | 10/31/12 |

Case 5:11-cv-02892-EJD   Document 107   Filed 07/11/12   Page 2 of 3

| | |
|---|---|
| Amended Expert Discovery Cutoff | 11/15/12 |
| Amended Deadline for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Amended Deadline for Filing Dispositive Motions | 11/23/12 |
| Final Pretrial Conference | 11:00 a.m. on 1/18/2013 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 1/4/2013 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 1/8/2013 |
| Jury Selection | 9:00 a.m. on 2/4/13 |
| Jury Trial[1] | 2/5-2/7/13 (full days); 2/11/13 (½ day); 2/12/13 (full day) |
| Jury Deliberations | 2/13-2/15/13 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

IT IS FURTHER ORDERED that counsel for Defendant shall notify Plaintiff by telephone that the Preliminary Pretrial Conference has been vacated and that a full case schedule, including trial dates, have been set.

The court advises the parties that this is the **final case schedule.** Both Plaintiff and Defendant are expected to comply as directed above. This schedule will not be amended further

---

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

2

Case No. 5:11-cv-02892 EJD
PRETRIAL ORDER (JURY TRIAL)

1 | absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: July 11, 2012

_____
EDWARD J. DAVILA
United States District Judge