# UNITED STATES DISTRICT COURT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OF SAN JOSE DIVISION

NATHANIEL S. HOSEA,

  Plaintiff,

v.

MICHAEL B. DONLEY, SECRETARY OF THE UNITED STATES AIR FORCE,

  Defendant.

Civil Action#:CV11-02892EJD

ORDER FOR TELEPHONIC HEARING; DEFAULT JUDGMENT; AND SANCTIONS

Date: November 27, 2012
Time: 10am
Court Rm; 5, 5FL

RECEIVED OCT 24 2012 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

Plaintiff request the Court to grant his order for a telephonic hearing because he is residing in the state of Arizona and cannot participate at the hearing in person at this time. Defendant does not object to plaintiff's telephonic appearance.

The Court hereby:

grants the motion

denies the motion



GRANTED
Paul S. Grewal
Judge Paul S. Grewal

Hon. Magistrate Paul S. Grewal

Mr. Hosea is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.