# UNITED STATES DISTRICT COURT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OF SAN JOSE DIVISION




RECEIVED
OCT 24 2012
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NATHANIEL S. HOSEA,

   Plaintiff,

v.

MICHAEL B. DONLEY, SECRETARY OF THE UNITED STATES AIR FORCE,

   Defendant.

Civil Action#:CV11-02892EJD

**ORDER FOR TELEPHONIC HEARING; DEFAULT JUDGMENT; AND SANCTIONS**

Date: November 27, 2012
Time: 10am
Court Rm; 5, 5FL

Plaintiff request the Court to grant his order for a telephonic hearing because he is residing in the state of Arizona and cannot participate at the hearing in person at this time. Defendant does not object to plaintiff's telephonic appearance.

The Court hereby:

grants the motion                                          denies the motion



Hon. _____ S. Grewal                     Hon. Magistrate Paul S. Grewal

GRANTED
Paul S. Aune [signature]
Judge Paul S. Grewal

Mr. Hosea is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.