1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
5      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5082
       Facsimile: (408) 535-5081
       Email: claire.cormier@usdoj.gov
7
   Attorneys for Federal Defendant
8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  NATHANIEL HOSEA,                 )    No. C 11-02892 EJD
                                     )
14           Plaintiff,              )    **STIPULATION AND** [PROPOSED]
                                     )    **ORDER CONTINUING TRIAL AND**
15       v.                          )    **PRETRIAL DATES AND DEADLINES**
                                     )    AS MODIFIED BY THE COURT
16  MICHAEL B. DONLEY, Secretary of the )
    Department of the Air Force,     )
17                                   )
                                     )
18           Defendant               )
                                     )
19  _____

20       The parties to this action hereby stipulate and request as follows:

21       On July 11, 2012, the Court issued a Pretrial Order, setting various dates and deadlines,

22  including an amended expert discovery cutoff of November 15, 2012, a final pretrial conference

23  on January 18, 2013, and a trial commencing on February 4, 2013.  The Court advised that this

24  was the "final case schedule" and that "Both Plaintiff and Defendant are expected to comply as

25  directed above. This schedule will not be amended further absent the presentation of good cause

26  necessitating such an amendment."   The parties hereby seek extensions to these Court-ordered

27  dates.

28

STIPULATION CONTINUING TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
Case No.  C11-02892 EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Prior to the deadline of October 15, 2012, Plaintiff served a document indicating that he was designating his treating psychiatrist, Catherine Reed, M.D., as an expert witness in this case.  After conferring with Dr. Reed's office on October 15, 2012, defendant's counsel began conferring with Mr. Hosea regarding obtaining a signed authorization allowing Dr. Reed to provide documents and testimony regarding Mr. Hosea's psychiatric care.  Dr. Reed's office had indicated that either a signed authorization or a court order would be required before the deposition could be scheduled.  After conferring with Mr. Hosea from October 16 through October 26, 2012, about the authorization form and a possible protective order, Mr. Hosea advised that a motion to compel would be necessary.

Defendant filed a motion to compel on November 7, 2012.  After receiving the motion, Mr. Hosea reconsidered and agreed to sign the authorization and stipulated protective order.  He emailed signed versions of those documents to defendant's counsel on the afternoon of Friday, November 9, 2012.

On the next business day, November 13, 2012, defendant's counsel contacted Dr. Reed's office to attempt to schedule the deposition and to prepare the paperwork to allow for payment for Dr. Reed's deposition time.  Defendant's counsel also contacted Plaintiff and asked if he would stipulate to extend the expert discovery deadline to December 20, 2012. After discussion, he agreed.  The parties therefore STIPULATE AND REQUEST that the expert discovery deadline be extended to December 20, 2012.

Defendant's counsel also noted that, as currently scheduled, defendant's summary judgment motion will be heard on the same date as the final pretrial conference.  In order to allow for the parties to have the benefit of the Court's decision on summary judgment before preparation of pretrial papers, the parties hereby STIPULATE AND REQUEST that the dates for the pretrial conference and the trial, currently scheduled for January 18, 2013 and February 4, 2013, respectively, be continued approximately four weeks or to another date convenient to the Court.

STIPULATION CONTINUING TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
Case No.  C11-02892 EJD                    2

IT IS SO STIPULATED.

Respectfully submitted,

/s/ Nathaniel Hosea

DATED: November 13, 2012

_____
NATHANIEL HOSEA[1]
Plaintiff

DATED: November 13, 2012

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED that

deadline for expert discovery in this case is continued to December 20, 2012.
The request to continue the Pretrial Conference and trial dates is DENIED. Those
dates remain as scheduled. Pursuant to Civil Local Rule 7-1(b), the court finds
Defendant's motion for summary judgment (Docket Item No. 111) suitable for decision
without oral argument. Accordingly, the motion hearing scheduled for January 18,
2013, is VACATED and the motion submitted for decision. The court will issue a
written order based on the pleadings.

IT IS SO ORDERED.

DATED: November 15, 2012

_____
Edward J. Davila
United States District Judge

_____

[1]  I, Claire T. Cormier, hereby attest that Mr. Hosea has authorized me to electronically
sign this document on his behalf.