MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   Facsimile: (408) 535-5081
   Email: claire.cormier@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHANIEL HOSEA, ) | No. C 11-02892 EJD |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING TRIAL AND** |
| v. ) | **PRETRIAL DATES AND DEADLINES** |
| ) | AS MODIFIED BY THE COURT |
| MICHAEL B. DONLEY, Secretary of the ) | |
| Department of the Air Force, ) | |
| ) | |
| Defendant ) | |

   The parties to this action hereby stipulate and request as follows:

   On July 11, 2012, the Court issued a Pretrial Order, setting various dates and deadlines, including an amended expert discovery cutoff of November 15, 2012, a final pretrial conference on January 18, 2013, and a trial commencing on February 4, 2013. The Court advised that this was the "final case schedule" and that "Both Plaintiff and Defendant are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment."   The parties hereby seek extensions to these Court-ordered dates.

STIPULATION CONTINUING TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
Case No.  C11-02892 EJD

1    Prior to the deadline of October 15, 2012, Plaintiff served a document indicating that he was designating his treating psychiatrist, Catherine Reed, M.D., as an expert witness in this case. After conferring with Dr. Reed's office on October 15, 2012, defendant's counsel began conferring with Mr. Hosea regarding obtaining a signed authorization allowing Dr. Reed to provide documents and testimony regarding Mr. Hosea's psychiatric care. Dr. Reed's office had indicated that either a signed authorization or a court order would be required before the deposition could be scheduled. After conferring with Mr. Hosea from October 16 through October 26, 2012, about the authorization form and a possible protective order, Mr. Hosea advised that a motion to compel would be necessary.

Defendant filed a motion to compel on November 7, 2012. After receiving the motion, Mr. Hosea reconsidered and agreed to sign the authorization and stipulated protective order. He emailed signed versions of those documents to defendant's counsel on the afternoon of Friday, November 9, 2012.

On the next business day, November 13, 2012, defendant's counsel contacted Dr. Reed's office to attempt to schedule the deposition and to prepare the paperwork to allow for payment for Dr. Reed's deposition time. Defendant's counsel also contacted Plaintiff and asked if he would stipulate to extend the expert discovery deadline to December 20, 2012. After discussion, he agreed. The parties therefore STIPULATE AND REQUEST that the expert discovery deadline be extended to December 20, 2012.

Defendant's counsel also noted that, as currently scheduled, defendant's summary judgment motion will be heard on the same date as the final pretrial conference. In order to allow for the parties to have the benefit of the Court's decision on summary judgment before preparation of pretrial papers, the parties hereby STIPULATE AND REQUEST that the dates for the pretrial conference and the trial, currently scheduled for January 18, 2013 and February 4, 2013, respectively, be continued approximately four weeks or to another date convenient to the Court.

STIPULATION CONTINUING TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
Case No. C11-02892 EJD                                2

IT IS SO STIPULATED.

DATED: November 13, 2012

Respectfully submitted,

/s/ Nathaniel Hosea

NATHANIEL HOSEA[1]
Plaintiff

DATED: November 13, 2012

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

CLAIRE T. CORMIER
Assistant United States Attorney

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED that deadline for expert discovery in this case is continued to December 20, 2012. The request to continue the Pretrial Conference and trial dates is DENIED. Those dates remain as scheduled. Pursuant to Civil Local Rule 7-1(b), the court finds Defendant's motion for summary judgment (Docket Item No. 111) suitable for decision without oral argument. Accordingly, the motion hearing scheduled for January 18, 2013, is VACATED and the motion submitted for decision. The court will issue a written order based on the pleadings.

IT IS SO ORDERED.

DATED: November 15, 2012

Edward J. Davila
United States District Judge

---

[1] I, Claire T. Cormier, hereby attest that Mr. Hosea has authorized me to electronically sign this document on his behalf.